

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00325-CV

**IN THE INTEREST OF R.A.S.**, a Child

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 18-0158-CV-B
Honorable Heather H. Wright, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: January 8, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 25, 2024, but appellant failed to file his brief or a motion for extension of time by the due date. On October 2, 2024, we issued an order informing appellant that his brief was overdue and directing him to file his brief on or before October 25, 2024. In response, appellant filed a motion for an extension of time to file his brief. We granted the motion, extending the time for appellant to file his brief to November 25, 2024; however, appellant failed to file his brief or a motion for extension of time by the new due date.

On December 6, 2024, we issued a second order informing appellant that his brief was overdue and directing him to file his brief on or before December 23, 2024. We warned appellant that if his brief was not filed by December 23, 2024, this appeal would be dismissed for want of

prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant failed to file his brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM